1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10  UNITED STATES OF AMERICA,

11                              Petitioner,

12

13              v.

14  CH2M HILL, INC.,

15

16                              Respondent.

17

CASE NO.  C18-1452

[PROPOSED] ORDER GRANTING THE
UNITED STATES' PETITION FOR
ENFORCEMENT OF CIVIL
INVESTIGATIVE DEMAND
PURSUANT TO 31 U.S.C. § 3733 AND
TO COMPEL PRODUCTION OF
DOCUMENTS

18
19
20          THIS MATTER comes before the Court on Petitioner The United States of America's

Petition and Memorandum for Enforcement of Civil Investigative Demand (CID) Pursuant to

31 U.S.C. § 3733 and to Compel Production of Documents (Petition).

21          The Court, having reviewed the pleadings and materials in this case, hereby

22  **ORDERS** that:

23          Petitioner's Petition is **GRANTED**; and

24          Defendant CH2M Hill, Inc. is **ORDERED** to comply with the express terms of the

25  CID and produce all documents previously withheld based on the basis of attorney-client

26  privilege and/or work product doctrine related to Argy, Wiltse & Robinson PC's work

27
28

[PROPOSED] ORDER - 1
CASE NO. C18-1452

1  performed under Work Order PO 942452, as identified in CH2M Hill counsel's March 19,

2  2018 "Index of Documents Withheld Under a Claim of Privilege".

3

4       DATED this _____day of_____ , 2018.

5

6

7                                               United States District Judge

8

9

10  Presented by:

11  *s/ David East*
12  DAVID R. EAST, WSBA #31481
    Assistant United States Attorney
13  Western District of Washington
    United States Attorney's Office
14  700 Stewart Street, Suite 5220
15  Seattle, Washington 98101-1271
    Phone: 206-553-7970
16  Fax:    206-553-4073
17  E-mail: david.east@usdoj.gov

18

19  *s/ Kayla C. Stahman*
    KAYLA C. STAHMAN, CA #228931
20  Assistant United States Attorneys
    United States Attorney's Office
21  700 Stewart Street, Suite 5220
22  Seattle, Washington 98101-1271
    Phone:  206-553-7970
23  Fax:    206-553-4067
24  Email:  kayla.stahman@udsdoj.gov

25

26

27

28

[PROPOSED] ORDER - 2
CASE NO. C18-1452