1

2

3

4

5

6

7

8

9

10

11

12

13

14

The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Petitioner,

v.

CH2M HILL, INC.,

Respondent.

CASE NO. 18-cv-01452-MJP

STIPULATION AND ORDER OF
WITHDRAWAL AND
SUBSTITUTION OF COUNSEL

Note on Motion Calendar: 11/29/2018

**(Clerk's Action Required)**

15    PLEASE TAKE NOTICE, pursuant to LCR 83.2(b)(1), the undersigned hereby

16 stipulate and respectfully request leave of the Court for Ryan C. Sobotka of Ahlers

17 Cressman & Sleight PLLC to withdraw as local counsel and attorney of record for

18 Respondent CH2M Hill, Inc. The undersigned counsel further stipulate and respectfully

19 request leave of the Court for Harold Malkin of Lane Powell PC to be substituted as local

20 counsel and attorney of record for Respondent CH2M Hill, Inc.  The undersigned

21 withdrawing counsel for CH2M Hill, Inc. hereby certify that this Stipulation and

22 Proposed Order has been served upon its client.

23    The undersigned substituting counsel for CH2M Hill, Inc. further agrees he is

24 authorized and will be prepared to handle this matter, including trial, in the event that

25 Joseph D. West and/or Lindsay M. Paulin, counsel *pro hac vice* for CH2M Hill, Inc., are

STIPULATION FOR SUBSTITUTION OF
COUNSEL – 1
CASE NO. 18-cv-01452-MJP

1   unable to be present upon any date assigned by the court.

2         Please serve all further pleadings and papers herein, except original process, for

3   Respondent to the undersigned substituting attorneys, and remove Ryan C. Sobotka from

4   the Court's service list for this case.

5         STIPULATED this 29th day of November, 2018.

6

7                         **AHLERS CRESSMAN & SLEIGHT PLLC**

8

9                         By:   */s/Ryan Sobotka*
                               Ryan C. Sobotka, WSBA #51217

10                             ryan.sobotka@acslawyers.com
                            Ahlers Cressman & Sleight, PLLC

11                             999 3rd Avenue, Suite 3800
                            Seattle, WA 98104

12                             Telephone: (206) 287-9900
                            Fax: (206) 287-9902

13                             *Withdrawing Attorney for Respondent*
                            *CH2M Hill, Inc.*

14

15                         **LANE POWELL, PC**

16

17                         By:   */s/Harold Malkin*
                                 Harold Malkin, WSBA # 30986

18                             Malkinh@lanepowell.com
                            Lane Powell, PC

19                             1420 5th Avenue, Ste. 4200
                            Seattle, WA 98101-2375

20                             Telephone: (206) 223-7277
                            *Substituting Attorney for Respondent*
                            *CH2M Hill, Inc.*

21

22   ///

23   ///

24   ///

25

1  IT IS SO ORDERED this _4th__ day of __December__, 2018.

2

3

4  _Marsha J. Pechman_

5  The Honorable Marsha J. Pechman
   United States Senior District Court Judge

6

7

8

9  Presented by:
   **AHLERS CRESSMAN & SLEIGHT PLLC**

10

11

12  By: ___/s/Ryan Sobotka_____
       Ryan C. Sobotka, WSBA #51217
       ryan.sobotka@acslawyers.com
13     Ahlers Cressman & Sleight, PLLC
       999 3rd Avenue, Suite 3800
14     Seattle, WA 98104
       Telephone: (206) 287-9900
15     Fax: (206) 287-9902
       *Withdrawing Attorney for Respondent
16     CH2M Hill, Inc.*

17

18  **LANE POWELL, PC**

19

20  By: __/s/Harold Malkin_____
       Harold Malkin, WSBA # 30986
       Malkinh@lanepowell.com
21     Lane Powell, PC
       1420 5th Avenue, Ste. 4200
22     Seattle, WA 98101-2375
       Telephone: (206) 223-7277
23     *Substituting Attorney for Respondent
       CH2M Hill, Inc.*

24

25

STIPULATION FOR SUBSTITUTION OF
COUNSEL – 3
CASE NO. 18-cv-01452-MJP

# CERTIFICATE OF SERVICE

The undersigned declares under penalty of perjury under the laws of the State of Washington that I am now and at all times herein mentioned a resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above-entitled action, and competent to be a witness herein.

On the date given below, I caused this document to be served upon designated counsel of record in the manner noted below:

**Kayla C. Stahman, CA #228931**
**Pooja Faldu Davé, NY Bar #5011804**
Assistant United States Attorneys
United States Attorney's Office
700 Stewart Street, Suite 5220  [ ] Via U.S. Mail
Seattle, Washington 98101-1271 [ ] Via Legal Messenger
Phone: 206-553-7970   [ ] Via Electronic Mail
Fax: 206-553-4073    **[X]** **Via CM/ECF**
Kayla.stahman@usdoj.gov
Pooja.dave@usdoj.gov
*Attorneys for Petitioner*


**Joseph D. West**
**Lindsay M. Paulin**
Gibson, Dunn, & Crutcher LLP [ ] Via U.S. Mail
1050 Connecticut Avenue, N.W. [ ] Via Legal Messenger
Washington, DC 20036-5306  [ ] Via Electronic Mail
JWest@gibsondunn.com  **[X]** **Via CM/ECF**
LPaulin@gibsondunn.com
*Attorneys for Respondent (pro hac vice)*


DATED:  This 29th day of November 2018, at Seattle, Washington.


*/s/Augusta Chapman*
Augusta Chapman, Legal Assistant

STIPULATION FOR SUBSTITUTION OF
COUNSEL – 4
CASE NO. 18-cv-01452-MJP